**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Eugene Blumkin, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-13604-ADB |
| | : |
| NCC Business Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached a settlement of this matter subject to an agreement on the terms of their settlement agreement particularly as to confidentiality. The Plaintiff anticipates filing a dismissal of this action pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 29, 2015

                                                  Respectfully submitted,

                                                  PLAINTIFF, Eugene Blumkin

                                                  /s/ Stephen Taylor

                                                  Stephen Taylor, Esq.
                                                  **LEMBERG LAW, L.L.C.**
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  staylor@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice to the following parties:

John O'Connor
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

                                                By /s/ Stephen Taylor_____
                                                    Stephen Taylor